PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Benjamin "Kristie" Navarro          Cr.: 16-00277-001
                                                                                                      PACTS #: 416624

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY
                                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/21/2016

Original Offense:     Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. & 846 [21 U.S.C. & 841(a)(1) and (b) (1)(A)]

Original Sentence: 38 months imprisonment, 60 months supervised release

Special Conditions: $100 -Special Assessment, Drug Testing and Treatment, and Cooperation with Immigration and Customs Enforcement

Type of Supervision: Supervised Release          Date Supervision Commenced: March 30, 2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                   The person under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance'**

                     On September 15, 2020, Navarro reported to the Probation Office in the Southern District of New York for the purposes of drug testing where she tested positive for Methamphetamines. The results were confirmed by the National Lab on September 29, 2020.

                     On February 4, 2021, and March 2, 2021, Navarro tested positive for Methamphetamines and the results were confirmed by the National Lab.

U.S. Probation Officer Action:

The Probation Office is recommending no Court action be taken at this time due to Navarro current stable housing and employment. Additionally, the probation officer would like the opportunity to address the non-compliance therapeutically. Navarro has been warned that further positive results would require her enrollment of a residential substance treatment that would in turn put her at risk for losing temporary housing and employment.

Prob 12A – page 2
Benjamin Navarro

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*          4/9/2021
BRENDAN G. MURILLO            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

4/9/2021
Date